1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5





6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  2:08-CR-093 FCD
                                    )  2:08-CR-116 FCD
12              Plaintiff,          )
                                    )
13       v.                         )  [PROPOSED] STIPULATION AND
                                    )  PROTECTIVE ORDER BETWEEN
14  CHARLES HEAD, et al.,           )  UNITED STATES AND DOMONIC McCARNS
                                    )
15                                  )
                                    )
16              Defendants.         )
    _____)

17

18       Defendant Domonic McCarns and Plaintiff, by and through their

19  counsel of record, hereby agree and stipulate as follows:

20       1.   This Court may enter protective orders pursuant to Rule

21  16(d) of the Federal Rules of Criminal Procedure, and its general

22  supervisory authority.

23       2.   This Order pertains to all discovery provided to or made

24  available to Defense Counsel as part of discovery in this case

25  (hereafter, collectively known as "the discovery").

26       3.   Defense Counsel shall not disclose any of the discovery to

27  any person other than their respective defendant/client, witnesses

28  that they may be interviewing or preparing for trial, attorneys, law

                                   1

1  clerks, paralegals, secretaries, experts, and investigators involved
2  in the representation of his/her client.

3      4.    The discovery and information therein may only be used in
4  connection with the litigation of this case and for no other
5  purpose.    The discovery is now and will forever remain the property
6  of the United States Government.  Defense counsel will return the
7  discovery to the Government or certify that it has been shredded at
8  the conclusion of the case.

9      5.    Defense Counsel will store the discovery in a secure place
10  and will use reasonable care to ensure that it is not disclosed to
11  third persons in violation of this agreement.

12     6.    If Defense Counsel make, or cause to be made, any further
13  copies of any of the discovery, Defense Counsel will inscribe the
14  following notation on each copy: "U.S. Government Property; May Not
15  Be Used Without U.S. Government Permission."

16     7.    If Defense Counsel release custody of any of the
17  discovery, or authorized copies thereof, to any person described in
18  paragraph (3), Defense Counsel shall provide such recipients with
19  copies of this Order and advise that person that the discovery is
20  the property of the Unites States Government, that the discovery and
21  information therein may only be used in connection with the
22  litigation of this case and for no other purpose, and that an
23  unauthorized use of the discovery may constitute a violation of law
24  and/or contempt of court.

25     8.    Defense Counsel shall be responsible for advising his or
26  her respective defendant, employees and other members of the defense
27  team, and defense witnesses of the contents of this
28  ///

1  Stipulation/Order.

2

3  IT IS SO STIPULATED.

4

5  DATED: _22 APR 08_                    McGREGOR W. SCOTT
                                         United States Attorney
6

7                                   By: _____
                                        S. ROBERT TICE-RASKIN
8                                       ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorneys
9

10

11  DATED: _April 22, 2008_         By: _____
                                        JAMES R. GREINER
12                                      Counsel for Defendant
                                        DOMONIC McCARNS
13

14

15        IT IS SO FOUND AND ORDERED.

16

17  DATED: _5/9/08_                 _____
                                    HON. FRANK C. DAMRELL, JR.
18                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

                                    3