UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 13, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-93 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Dominic McCarns, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Dominic McCarns__ Case __2:08-cr-93 FCD__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $150,000, to be co-signed by defendant's mother

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) __PTS conditions/supervision; defendant to be released on 6/16/08 at 8:00 am to attend the halfway house, Doc's Harbor House, in Anaheim, CA. Cost to be paid by defendant's mother;__ *other conditions imposed on record, to be*

Issued at __Sacramento, CA__ on __6/13/08__ at __4:21__.

By _____
Kimberly J. Mueller,
United States Magistrate Judge