BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> LEONARD BERNOT and </br> DOMONIC McCARNS, </br> Defendants. | No. CR. S-08-00093 FCD </br> STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE |

The Parties hereby stipulate to the following:

1.  This matter is presently set for hearing on August 23, 2010, for defendants' motion for discovery.

2.  The parties are requesting that the hearing and briefing schedule be continued to September 13, 2010, for the reasons set forth below, and are requesting the following briefing schedule: Government oppositions due August 23, 2010, with the defendants' replys, if any, due September 06, 2010.

3.  One reason for the request is that the undersigned attorney for the Government needs additional time to prepare the response to defendant Bernot's motion.  In addition, another defendant in the case, Domonic McCarns, on August 4, filed a motion for joinder on

1

Bernot's motion.  The facts and government response as to each defendant are specific to a large extent as to each defendant.  Therefore, the government needs more time to prepare its response not only for Bernot's motion, but now for the McCarns' motion.

    4.   The defendants are not in custody.

Dated: August 16, 2010       /s/ Matthew Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney

Dated: August 16, 2010       /s/ Bruce Locke
                                  BRUCE LOCKE
                                Attorney for Defendant
                                Leonard Bernot

Dated: August 16, 2010       /s/ James Ralph Greiner
                                  JAMES RALPH GREINER
                                Attorney for Defendant
                                Domonic McCarns

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing set for August 23, 2010, be continued for hearing on September 13, 2010, at 10:00 a.m.  The following briefing schedule is ordered:  government opposition due August 23, 2010; and defendant's reply, if any, due September 06, 2010.

Dated: August 17, 2010

                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE