

FILED

MAR 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1  **JAMES R. GREINER, ESQ.**
2  CALIFORNIA STATE BAR NUMBER 123357
   **LAW OFFICES OF JAMES R. GREINER**
3  555 UNIVERSITY AVENUE, SUITE 290
4  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
5  FAX: (916) 920-7951
6
7  ATTORNEY FOR DEFENDANT
   DOMONIC McCARNS
8
9
           IN THE UNITED STATES DISTRICT COURT FOR THE
10
11              EASTERN DISTRICT OF CALIFORNIA
12
13 UNITED STATES OF AMERICA,    )   CR.NO.S-08-0093-KJM
                                )
14                              )
      PLAINTIFF,                )   STIPULATION AND PROPOSED
15                              )   ORDER TO REMOVE SURETY AND
                                )   TO REPLACE WITH ANOTHER
16    v.                        )   SURETY AND APPEARANCE
                                )   BOND
17 CHARLES HEAD, et al.,        )
                                )
18                              )
19                              )
      DEFENDANTS.               )
20 _____)
21
22     The parties to this litigation, the Unites States of America, represented by
23
24 Assistant United States Attorney Mr. Matthew Stegman and the United States Pretrial
25 Services Office, by United States Pretrial Services Officer Mr. Darryl Walker and
26
27 defendant, Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby
28
                                    1

agree and stipulate that the current surety, Ella Jones-Geeting (Docket #199), shall be removed as the surety, the secured property bond Ms. Jones-Geeting posted shall be exonerated, and shall be replaced with the defendant's cousin, Deon Mitchell, as the new surety by cosigning on a unsecured bond. The surety amount shall remain the same at $150,000.

Pretrial Services Officer, Mr. Darryl Walker, has investigated this new proposed surety and feels he is appropriate. The new surety, Mr. Mitchell, is unemployed but receives $6,000 monthly from a trust fund. Pretrial Services advised Mr. Mitchell of the conditions and risks of a unsecured bond and he agreed to assist with bail on behalf of the defendant.

The parties agree and stipulate to the new surety and the bond amount of $150,000.00 unsecured and cosigned by Mr. Mitchell. The parties also agree to removing Ms. Jones-Geeting from the current bond and the secured property bond she posted shall be exonerated.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Matthew Stegman, by e mail authorization

DATED: 3-18-11

Matthew Stegman
ASSISTANT UNITED STATES ATTORNEY

2

ATTORNEYS FOR THE PLAINTIFF

DATED: 3-18-11                /s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant Dominic McCarns

## ORDER

**FOR GOOD CAUSE SHOW:**

Pursuant to the agreement and stipulation of the parties and the Pretrial Services Officer, Ms. Ella Jones-Geeting, is hereby removed as surety in this case and is replaced by Deon Mitchell as the new surety. The bond is to remain the same amount at $150,000.00, but now unsecured and cosigned by Mr. Mitchell.

**IT IS SO ORDERED.**

DATED: MARCH __18__, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE COURT JUDGE

3