**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DOMINIC MCCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-08-0093-KJM |
| PLAINTIFF, ) | APPLICATION FOR TRANSPORTATION ORDER |
| v. ) | PROPOSED ORDER FOR TRANSPORTATION PURSUANT TO |
| CHARLES HEAD, et al., ) | TITLE 18 U.S.C. SECTION 4285 |
| DEFENDANTS. ) | |
| _____) | |

Defendant Domonic McCarns, by and through his court appointed counsel, James R. Greiner, hereby applies to this Court for an order of subsistence allowance pursuant to Title 18 U.S.C. section 4285, to allow for Mr. McCarns to travel to and from the July 24, 2013 Trial Confirmation Hearing before the District Court. Mr. McCarns is scheduled to appear on July 24, 2013, at 9:00 a.m., on the 15th floor, Courtroom 3, of the Federal Courthouse located at 501 I Street, Sacramento, California, 95814.

Mr. McCarns resides at 3962 Avenue of the Arts, Apartment C-409, Costa Mesa, California, 92626. Mr. McCarns, with an Order from this Court, would travel on Tuesday, July 23, 2013 to meet with his investigators and then appear at 9:00 a.m., on Wednesday, July 24, 2013, before the District Court at the Trial Confirmation

1

Hearing. Mr. McCarns cannot afford travel, lodging, and other subsistence to enable him to attend his scheduled hearing on Wednesday, July 24, 2013, in the District Court.

In the interests of justice the Court is requested to arrange for Domonic McCarns' means of non-custodial transportation or furnish the fare for such transportation as follows:

1- On Tuesday, July 23, 2013, air fare from John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence, to fly Mr. McCarns to the Sacramento International Airport, then to provide transportation for Mr. McCarns from the Sacramento International Airport to his lodging on Tuesday, July 23, 2013.

2- On Wednesday, July 24, 2013, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence.

In addition, this Court is requested to direct the United States Marshall to furnish Mr. McCarns with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance fro travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C.  section 4285.

DATED: JULY 12, 2013         RESPECTFULLY SUBMITTED
                             LAW OFFICES OF JAMES R. GREINER


                             /s/ JAMES R. GREINER
                             _____
                             JAMES R. GREINER
                             ATTORNEY FOR DEFENDANT
                             DOMINIC McCARNS

ORDER

GOOD CAUSE APPEARING AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT the United States Marshal for the Eastern District of California is authorized and directed to furnish the above named defendant Domonic McCarns with round trip transportation as follows:

1- On Tuesday, July 23, 2013, air fare from John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence, to fly Mr. McCarns to the Sacramento International Airport, then to provide transportation for Mr. McCarns from the Sacramento International Airport to his lodging on Tuesday, July 23, 2013.

2- On Wednesday, July 24, 2013, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence.

Mr. McCarns is indigent and financially unable to travel from his residence at 3962 Avenue of the Arts, Apartment C-409, Costa Mesa, California, 92626, to Sacramento and return to his residence in Costa Mesa, California, without transportation and lodging and subsistence expenses. This request is authorized pursuant to Title 18 U.S.C. section 4285.

DATED: July 12, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3