**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Domonic McCarns

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. Cr.S-08-116-KJM and |
| Plaintiff, | Case No. Cr.S-08-093-KJM |
| vs. | ORDER APPOINTING A SECOND ATTORNEY ON BOTH PENDING CASES |
| Domonic McCarns, | |
| Defendant | |

Good cause appearing and upon motion of Domonic McCarns, and pursuant to the CJA Appointment of Counsel, Guidelines Section 220.10, the court finds that both instant cases are extremely complex with an enormous magnitude of documents to review in which the interests of justice require two attorneys to represent defendant Domonic McCarns.

**IT IS HEREBY ORDERED** that a second attorney, Scott Cameron, be also appointed counsel for defendant Domonic McCarns throughout the pendency of both above-captioned cases

**IT IS SO ORDERED.**

DATED: March 3, 2014.

_____
UNITED STATES DISTRICT JUDGE