**SCOTT CAMERON**
Attorney at Law
California State Bar Number 226605
1007 7th Street, Suite 319
Sacramento, CA  95814
snc@snc-attorney.com
(916) 769-8842
(916) 915-1632 (Fax)

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorneys for Defendant
Domonic McCarns

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Domonic McCarns,<br><br>　　　　　Defendant. | Case Nos.　2:08-CR-093 KJM<br>　　　　　　　2:08-CR-116 KJM<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PROTECTIVE ORDERS TO ALLOW SPECIFIED PROTECTED MATERIALS TO BE PUBLICLY FILED IN SUPPORT OF DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendant, DOMONIC McCARNS, by and through his counsel of record, hereby stipulate as follows:

1. This Court has previously ordered that all discovery in cases 08-CR-093 and 08-CR-116 provided to, or made available to, defense counsel is subject to a protective order (Case 08-CR-093 KJM, Dkt. Nos.181 and 895; Case 08-CR-116 KJM, Dkt. Nos. 08-CR-116 KJM, Dkt. Nos. 64 and 491).

2. Consistent with this Court's previous order (Case No. 08-CR-116 KJM, Dkt. No. 728), protected documents cited in defendant's motion for new trial were redacted and filed on the public docket. However, defendant has also cited to protected documents in defendant's "Response to Court's Order to Show Cause Why Defendant's Motion for New Trial Should Not Be Denied Without Prejudice to Pursue Claim Under 28 U.S.C. § 2255" (Case No. 08-CR-116 KJM, ECF No. 751) which are not covered by that previous order of the Court.

3. The parties stipulate and agree to modify the above-referenced protective orders to allow the protected documents cited in defendant McCarns' "Response to Court's Order to Show Cause Why Defendant's Motion for New Trial Should Not Be Denied Without Prejudice to Pursue Claim Under 28 U.S.C. § 2255" (Case No. 08-CR-116 KJM, ECF No. 751) to be filed on the public docket as long as the documents are redacted pursuant to Local Rule 140.

IT IS SO STIPULATED:

DATED:   December 16, 2015        BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Matthew Morris
                                  Matthew Morris
                                  Assistant U.S. Attorney

1 DATED:      December 16, 2015         /s/Scott N. Cameron
                                        SCOTT N. CAMERON

                                        JAN DAVID KAROWSKY
                                        Attorney at Law
                                        A Professional Corporation
                                        By  /s/ Jan David Karowsky
                                        JAN DAVID KAROWSKY
                                        ATTORNEYS FOR DOMONIC McCARNS

**O R D E R**

**IT IS SO ORDERED** on December 28, 2015.

_____
UNITED STATES DISTRICT JUDGE