IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DOMONIC MCCARNS,<br><br>  Defendant. | CASE NO. 2:08-CR-093-KJM<br><br>ORDER |

Good cause appearing, the motion of the United States to dismiss the indictment as to Domonic McCarns in case 2:08-cr-093 is GRANTED.

IT IS SO FOUND AND ORDERED this 25th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

ORDER  1