**SCOTT CAMERON**
Attorney at Law
California State Bar Number 226605
1017 L Street, PMB 576
Sacramento, CA  95814
snc@snc-attorney.com
(916) 769-8842
(916) 915-1632 (Fax)

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorneys for Defendant
Domonic McCarns

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case Nos. 2:08-CR-093 KJM |
| Plaintiff, | 2:08-CR-116 KJM |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT JOINT PROPOSED PROTECTIVE ORDER** |
| Domonic McCarns, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Domonic McCarns, by and through his counsel of record, hereby stipulate to the following:

- 1 -

1. On August 13, 2018, this Court held a hearing regarding the defendant's motion to modify the protective orders governing the discovery in these cases as those protective orders pertain to defendant, Mr. McCarns. Case 08-CR-116, ECF No. 847.

2. At the conclusion of that hearing, this Court ordered "the parties to submit, within 30 days, either a joint proposed protective order, or the parties' competing proposed protective orders; whereupon, the matter will be submitted." Case 08-CR-116, ECF No. 847.

3. Counsel for the parties promptly conferred and by August 21, 2018, had drafted a joint proposed protective order as ordered by the Court. However, certain conditions in the joint proposed protective order required defense counsel to confirm various facts with a representative from the Bureau of Prisons. On August 21, 2018, defense counsel emailed the Bureau of Prisons contact to confirm the facts as required by the joint proposed protective order. Unfortunately, the point of contact at the Bureau of Prisons had changed and defense counsel was just advised of this on September 5, 2018. That new Bureau of Prisons contact promptly responded and has forwarded the facts to be confirmed to appropriate staff. Thus, confirmation of the various facts is still pending.

4. Additionally, once the confirmation of the various facts are obtained from the Bureau of Prisons, defense counsel needs to send the joint proposed protective order to defendant, Mr. McCarns. This will require correspondence by U.S. Mail and can take up 11 days to receive Mr. McCarns' reply.

**(This Space Intentionally Left Blank)**

5. Therefore, the parties stipulate, agree, and jointly request that the Court extend the time for submittal of the joint proposed protective order, or the parties competing proposed protective orders, for an additional 30 days to October 12, 2018.

**IT IS SO STIPULATED:**

DATED: September 5, 2018     McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Michael Anderson
                             Michael Anderson
                             Assistant U.S. Attorney

DATED: September 5, 2018     /s/Scott N. Cameron
                             SCOTT N. CAMERON

                             JAN DAVID KAROWSKY
                             Attorney at Law
                             A Professional Corporation

                             By /s/ Jan David Karowsky
                             JAN DAVID KAROWSKY
                             ATTORNEYS FOR DOMONIC McCARNS

## O R D E R

IT IS SO ORDERED on September 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

- 3 -