UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Domonic McCarns,<br><br>            Defendant. | No. 2:08-cr-00093-KJM<br><br>ORDER |

Defendant Domonic McCarns's motion for discovery is pending before the court. *See* Mot., ECF No. 1722. McCarns is the defendant in this action and a parallel proceeding, Case No. 2:08-cr-116-KJM. In 2016, the court sentenced McCarns to a 168-month prison term following his conviction for conspiracy to commit mail fraud in the parallel case. *See* J. & Commitment at 1–2, Case No. 2:08-cr-116-KJM, ECF No. 803. Shortly thereafter, the parties filed a stipulation on restitution. *See* Stip., Case No. 2:08-cr-116-KJM, ECF No. 829. In the stipulation, the government agreed to dismiss the indictment against McCarns in this action. *Id.* at 3–5. The court approved the parties' stipulation, *see* Prior Order (Jan. 5, 2017), Case No. 2:08-cr-116-KJM, ECF No. 832, and the government moved to dismiss the indictment against McCarns in this case. *See* Mot. to Dismiss, ECF No. 1532. Finding good cause, the court granted the motion to dismiss the indictment. *See* Prior Order (Jan. 24, 2017), ECF No. 1534.

/////

In 2020, McCarns moved to vacate his conviction and sentence in the parallel criminal proceeding under 28 U.S.C. § 2255. *See* Mot. to Vacate, Case No. 2:08-cr-116-KJM, ECF No. 930. McCarns then filed a motion for discovery related to his § 2255 motion. *See* Disc. Mot., Case No. 2:08-cr-116-KJM, ECF No. 948. Because McCarns had not yet filed his memorandum in support of his § 2255 motion and the court had not yet issued a screening order regarding the motion, the court found McCarns' motion for discovery was not yet ripe and denied the motion without prejudice. *See* Prior Order (Aug. 23, 2023), Case No. 2:08-cr-116-KJM, ECF No. 1106.

McCarns simultaneously filed an identical motion for discovery in this case, i.e., the pending motion this order addresses. *See* Mot., ECF No. 1722. For the same reasons discussed in the court's prior order in the related case, the court finds this motion is not yet ripe and **denies defendant's motion for discovery without prejudice**. Furthermore, because no § 2255 motion is pending in this action, the court directs McCarns to file any future discovery motions only in Case No. 2:08-cr-116-KJM. Any such discovery motions filed in this case will be disregarded.

This order resolves ECF No. 1722.

IT IS SO ORDERED.

DATED: November 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE