BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant
DOMONIC McCARNS

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.   2:08-CR-093 KJM |
| Plaintiff, | 2:08-CR-116 KJM |
| vs. | **STIPULATION AND ORDER FOR FOURTH ADDENDUM TO EXISTING PROTECTIVE ORDERS** |
| DOMONIC McCARNS, | |
| Defendant. | |

**STIPULATION**

1.     Plaintiff United States of America, by and through its counsel of record, and defendant Domonic McCarns (hereinafter "the defendant" or "defendant"), by and through his counsel of record, hereby stipulate, agree, and jointly request that the Court enter a Fourth Addendum to the Existing Protective Orders in this case restricting the use and dissemination of certain materials containing personal identifying information of real persons and other confidential information of victims, witnesses and third parties.

**I.     Background**

2.     Protective orders and addendums were previously issued in cases 2:08-CR-00093 KJM (ECF Nos. 895, 1608) and 2:08-CR-00116 KJM (ECF Nos. 491, 858, 875, and 944),

(hereafter, collectively known as "the existing protective orders and first, second and third addendums").

3.    On February 25, 2020, the Court appointed Brian C. McComas (hereinafter "defense counsel") for the limited purpose of representing the defendant in managing discovery dissemination.

4.    The defendant has been held a prisoner held by the Bureau of Prisons and the Court's June 30, 2020, protective order (EFC No. 944) specifically addressed, among others, issues related to discovery review during the defendant's incarceration.

5.    The parties believe that the defendant, whose projected release date is October 1, 2024, is now at, past, or near the time he is likely to be released into a half-way house.

6.    The parties submit this proposed fourth addendum to the protective agreement to ensure that the defendant's copy of the discovery is maintained in defense counsel's possession during the transition to a half-way house, and that the privacy of personal identifying information of victims and witnesses is protected.

## II.    Records to be obtained a preserved by defense counsel in accordance with prior protective orders

7.    Upon approval of this stipulation by this Court, Brian C. McComas (hereinafter "defense counsel") will timely obtain a copy of the partially redacted discovery in Case Nos. 08-CR-00093 KJM and 08-CR-00116 KJM from USP-Lompoc (hereinafter "the Prison").  Mr. McComas may also obtain any other copies of the discovery in possession of the Prison, if necessary.

8.    Defense counsel will maintain in his possession the partially redacted copy of the discovery provided for the defendant's review while he was incarcerated that defense counsel obtains from the Prison.

9.    Defense counsel will not disseminate the materials obtained from the Prison to the defendant, or any other party, except pursuant to the existing protective orders and addendums to those orders, or pursuant to any future order of this Court.

10.     The restrictions and limitations on dissemination of the discovery while the defendant is in custody of the Bureau of Prisons are to remain in effect unless and until superseded by a further order of the Court.  This includes, but is not limited to, making redactions as required by the earlier protective orders prior to any dissemination of the partially redacted discovery or unredacted discovery to the defendant.  <u>Defense counsel's duties do not include setting up a personal viewing space for defendant to review the discovery.  Defendant is directed to provide the Court with a plan for review of any discovery that maintains its confidentiality pursuant to the terms of the First through Fourth Addendums to the Protective Order.</u>

11.     All other terms and conditions of the existing protective orders and first, second, and third addendums remain in effect.  If any of the terms and conditions of this fourth addendum conflict with the existing protective orders and first through third addendums, the terms and conditions of this fourth addendum shall govern.

### DEFENDANT'S ACKNOWLEDGEMENT

I have reviewed this fourth addendum, the existing protective orders, and first through third addendums.  I agree to be bound by their terms.  Furthermore, I understand and agree that the discovery and information therein may only be used in connection with the litigation of case number 08-CR-116 KJM and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

DATED: _____          */s/ Domonic McCarns*
                                DOMONIC McCARNS
                                (Original signature on file defense counsel)

**IT IS SO STIPULATED:**

DATED:  02/26/2024

PHILLIP A. TALBERT
United States Attorney
*/s/ Michael Anderson*
MICHAEL D. ANDERSON
Assistant U.S. Attorney

DATED:  02/26/2024

*/s/ B.C. McComas*
BRIAN C. McCOMAS

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

**O R D E R**

**IT IS SO ORDERED.**

DATED:   February 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE