BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant
DOMONIC McCARNS

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DOMONIC McCARNS, <br><br> Defendant. | Case Nos. 2:08-CR-00093-KJM <br>       2:08-CR-00116-KJM <br><br> **STIPULATION AND ORDER FOR DESTRUCTION OF CONFIDENTIAL MATERIALS IN LINE WITH THE FOURTH ADDENDUM TO EXISTING PROTECTIVE ORDERS** |

## STIPULATION

1. Plaintiff United States of America, by and through its counsel of record, and defendant Domonic McCarns (hereinafter "the defendant" or "defendant"), by and through his counsel of record, previously stipulated, agreed, and jointly requested that the Court enter a Fourth Addendum to the Existing Protective Orders in this case restricting the use and dissemination of discovery containing personal identifying information of real persons and other confidential information of victims, witnesses and third parties.  That addendum contemplated the destruction of the discovery at the conclusion of the collateral proceedings.  Those proceedings concluded on February 5, 2025, this stipulation covers the destruction of discovery.

I.      **Background**

2.      Protective orders and addendums were previously issued in cases 2:08-CR-00093 KJM (ECF Nos. 895, 1608) and 2:08-CR-00116 KJM (ECF Nos. 491, 858, 875, and 944), (hereafter, collectively known as "the existing protective orders and first, second and third addendums").

3.      On February 25, 2020, the Court appointed Brian C. McComas (hereinafter "defense counsel") for the limited purpose of representing the defendant in managing discovery dissemination.

4.      While the Defendant was in the custody of the Bureau of Prisons, the Court's June 30, 2020, protective order (EFC No. 944) specifically addressed, among others, issues related to discovery review during the defendant's incarceration.

5.      On or about October 1, 2024, Defendant was released from BOP custody. Defendant has not responded to orders from this Court. On February 5, 2025, this Court dismissed the motion to vacate with prejudice. Doc #1148. The time for appealing that decision has expired.

6.      The parties submit this stipulation in line with the proposed fourth addendum to the protective orders to ensure the defendant's copy of the discovery in defense counsel's possession is destroyed in line with prior orders of this court.

**II.    Records to be obtained a preserved by defense counsel in accordance with prior protective orders**

7.      Brian C. McComas (hereinafter "defense counsel") has obtained a copy of the partially redacted discovery in Case Nos. 08-CR-00093 KJM and 08-CR-00116 KJM from USP-Lompoc (hereinafter "the Prison"). Mr. McComas is informed and believes that he has obtained all other copies of the discovery in possession of the Prison.

8.      Defense counsel is informed and believes that he has in his possession the partially redacted copy of the discovery provided for the defendant's review while he was incarcerated that defense counsel obtained from the Prison.

9. Defense counsel is directed to destroy any copies of discovery in his possession using a secure hard drive and paper shredding service. Defense counsel is directed to obtain and maintain certificates of destruction of the discovery. Defense counsel is directed to file a notice of compliance with the Court once the destruction is complete.

**IT IS SO STIPULATED:**

DATED: 04/7/2025      MICHELE BECKWITH
                     Acting United States Attorney
                     */s/ Michael Anderson*
                     MICHAEL D. ANDERSON
                     Assistant U.S. Attorney

DATED: 04/7/2025      */s/ B.C. McComas*
                     BRIAN C. McCOMAS
                     ATTORNEY FOR DEFENDANT
                     DOMONIC McCARNS

**O R D E R**

**IT IS SO ORDERED** on April 10, 2025.

_____
UNITED STATES DISTRICT JUDGE